UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK ANTHONY COLEMAN | CIVIL ACTION |
| VERSUS | NO. 13-6206 |
| STACI PITRE ET AL. | SECTION "C" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim and because he asserts claims against an immune defendant under 28 U.S.C. § 1915(e)(2). In addition, to whatever extent, if any, that plaintiff asserts state law claims, those claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this ___15___ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE